THE STATE, EX REL. DOOLEY, APPELLANT, *v.*
NORRIS, CLERK, APPELLEE.

[Cite as State, ex rel. Dooley, *v.* Norris (1987), 30 Ohio St. 3d 48.]

(No. 86-1181—Decided April 15, 1987.)

*John A. Dooley, pro se.*

*Lee C. Falke,* prosecuting attorney, and *Sharon L. Ovington,* for appellee.

*Per Curiam.* The judgment of the court of appeals denying costs to appellant is affirmed.

*Judgment affirmed.*

MOYER, C.J., SWEENEY, LOCHER, HOLMES, DOUGLAS and H. BROWN, JJ., concur.

WRIGHT, J., dissents.